IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE L. CARPER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3015 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| STATE OF NEBRASKA, et. al., | ) | |
| | ) | |
| Defendant. | ) | |

Citing irreconcilable differences, plaintiff's counsel of record, Bernard J. Glaser, Jr. has moved to withdraw as counsel for the plaintiff. Filing No. 29. Defense counsel has filed no response to the motion to withdraw, and the deadline for responding has passed.

Before Mr. Glaser entered his appearance on March 18, 2010, the plaintiff was litigating this action pro se. Other than his notice of appearance and motion to withdraw, Mr. Glaser has filed only a motion to dismiss on behalf of the plaintiff. The plaintiff filed a pro se "Stipulation" on March 24, 2010 which appears to oppose the motion to dismiss filed on her behalf by Mr. Glaser. Under the circumstances presented, the court finds Mr. Glaser's motion to withdraw should be granted.

IT IS ORDERED:

1. The motion to withdraw filed by Bernard J. Glaser, Jr., (filing no. 29), is granted. Mr. Glaser shall promptly mail a copy of this order to the plaintiff, and file a certificate of service stating he has done so.

2. The plaintiff is given 20 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance on her behalf; or (2) file a statement informing the court of her intent to proceed in this case without counsel. If neither of these actions is taken within the next 20 days, this case will be subject to dismissal.

May 6, 2010.
BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge